# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Oscar Soto v. City of Chicago, et al.

Case Number: 24-cv-12554

An appearance is hereby filed by the undersigned as attorney for:
Defendant City of Chicago

Attorney name (type or print): Kelly A. Krauchun

Firm: Rock Fusco & Connelly, LLC

Street address: 333 West Wacker Dr., 19th Floor

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6322639
(See item 3 in instructions)

Telephone Number: 312-494-1000

Email Address: kkrauchun@rfclaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 7, 2025

Attorney signature: S/ Kelly A. Krauchun
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015