**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Oscar Soto
                      Plaintiff,

v.                                                 Case No.: 1:24−cv−12554
                                                          Honorable John Robert Blakey

Reynaldo Guevara, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 1, 2025:

       MINUTE entry before the Honorable John Robert Blakey: The Court grants Plaintiff's unopposed motion to appoint special representative [64] and hereby appoints Geri Lynn Yanow as special representative for Defendant Victor Guiterrez, who is deceased. The Court also grants Defendants' motion to extend time [66], strikes the 4/2/25 Notice of Motion date, and sets revised case management dates as follows: all served Defendants shall respond to the complaint by 4/21/25, and the parties shall file their initial status report by 4/28/25. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.