**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| OSCAR SOTO,<br><br>Plaintiff,<br><br>v.<br><br>DET. REYNALDO GUEVARA, DET. BARBARA HEALY, DET. JOHN BOYLE, GERI LYNN YANOW, as special representative of DET. VICTOR GUTIERREZ and DET. JOHN TRAHANAS, DET. JANIT HOWARD, DET. BARNEY GRAF, DET. JOHN PALLOHUSKY, JOSEPH SALEMME, ROBERT BIEBEL, and The CITY OF CHICAGO, Illinois,<br><br>Defendants. | ) | Case No. 24-CV-12554<br><br>Honorable John Robert Blakey<br><br>Honorable Magistrate Young B. Kim<br><br>JURY TRIAL DEMANDED |

**STATEMENT OF DEATH UPON THE RECORD**

Defendants Barbara Healy, John Boyle, Geri Lynn Yanow, as Special Representative for Victor Gutierrez(deceased) and John Trahanas (deceased), Jaint Howard , Barney Graf, John Pallohousky, and Joseph Salemme, by their attorneys, The Sotos Law Firm, P.C., pursuant Fed. R. Civ. P. 25(a)(1), submit the following Suggestion of Death Upon the Record and state as follows:

Defendants Barbara Healy, John Boyle, Geri Lynn Yanow, as Special Representative for Victor Gutierrez(deceased) and John Trahanas (deceased), Jaint Howard , Barney Graf, John Pallohousky, and Joseph Salemme suggests upon the record, pursuant to Rule 25(a)(1), the death of Defendant Robert Biebel, during the pendency of this action. Mr. Biebel passed away on June 17, 2026. (*See* Obituary attached hereto as Exhibit 1.)

Dated: June 23, 2026

Respectfully submitted,

/s/ Josh M. Engquist
JOSH M. ENGQUIST, Attorney No. 624284
*One of the Attorneys for Defendants Barbara Healy, John Boyle, Janit Howard, Barney Graf, John Pallohousky, Joseph Salemme, and Geri Lynn Yanow, as Special Representative for Victor Guiterrez, deceased, and John Trahanas, deceased*

James G. Sotos
Josh M. Engquist
John J. Timbo
Olivia T. Raimondi
Kylie R. Dodd
The Sotos Law Firm, P.C.
141 W. Jackson Blvd., Suite 1240A
Chicago, Illinois 60604
(630) 735-3300
jengquist@jsotoslaw.com